In re:                          ) CASE NO: 11-40243-659  Chapter 13
    GARY MCMULLIN                )
                                ) Trustee's Objection to Confirmation
    JANELLA K MCMULLIN          )
                                ) Original confirmation hearing
          Debtor(s)  ) set for Mar 03, 2011 11:00 AM

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

    **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee,  and for his objection to confirmation states as follows:

1. Proposed plan payment does not constitute debtor's best effort to repay creditors. 11 U.S.C. Secs. 1325(a)(3) & (b)(1)(B)
2. The attorney fees to be paid under paragraph 4 plus the fees paid prior to filing exceed $2000.
3. The plan pays attorney fees in excess of that owed per the 2016(b) form.
4. The plan is not proposed in good faith (11 U.S.C. Sec. 1325(a)(3)) because: PLAN REPAYS LOANS SECURED BY TWO VEHICLES AND A HARLEY FOR TWO DRIVERS. TOTAL PAYMENTS ARE $1214.
5. The plan is ambiguous or incapable of ascertainment (11 U.S.C. Secs. 1321 & 1325(a)(3)) because:
   5A REPAY PERIOD IS 0.
6. RE #1 B22C INCLUDES PAYMENT ON HARLEY NOT NEEDED FOR REORGANIZATION. PLAN MUST GUARANTEE $14,940.

    **WHEREFORE** the Trustee prays the Court  enter  its  order  denying confirmation of the proposed plan.


KLW-351

Copy served on the following either
through the Court's ECF system or by
ordinary mail on February 10, 2011 :

HEAGLER LAW FIRM
6302 N ROSEBURY
STE 1W
CLAYTON MO  63105

GARY & JANELLA K MCMULLIN
1 FOREST LANE
OFALLON MO  63366

/s/ John V. LaBarge, Jr.
--------------------------------
John V LaBarge Jr
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143   (314) 781-8100
trust33@ch13stl.com   Fax:(314) 781-8881