UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | CASE NO: 11-40243-659   Chapter 13 |
| | ) | |
| GARY MCMULLIN | ) | Re: Objection to Claim 11-1 filed by |
| | ) | PHH MORTGAGE CORP |
| JANELLA K MCMULLIN | ) | Acct: 6935 |
| Debtor(s) | ) | Amount: $ 64,498.05 |
| | ) | Response Due: Mar 09, 2011 |

**TRUSTEE'S IN BANKRUPTCY OBJECTION TO CLAIM 11-1**

COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in bankruptcy, and for his objection to claim states as follows:
The claim of PHH MORTGAGE CORP                dated Feb 10, 2011
SHOULD BE DENIED AS FILED BECAUSE THERE IS NO EVIDENCE
THAT CLAIMANT IS THE HOLDER OF THE NOTE.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

**NOTICE OF FILING OF OBJECTION TO CLAIM**

Please take notice that the Chapter 13 Trustee has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S. 10th St., 4th Floor, St. Louis, MO 63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice. If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.
The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the Court's ECF system or by ordinary mail, postage pre-paid, on this day of February 16, 2011 .

/s/ John V. LaBarge, Jr.

HEAGLER LAW FIRM
6302 N ROSEBURY
STE 1W                                         JS
CLAYTON MO
                    63105

John V LaBarge Jr
Chapter 13 Trustee   trust33@ch13st1.com
P.O. Box 430908
St. Louis, MO 63143
(314) 781-8100  Fax:(314) 781-8881

G & J MCMULLIN
1 FOREST LANE
                                                JS
OFALLON MO
                    63366

SHAPIRO & WEISMAN LC
13801 RIVERPORT DR
JS  STE 502                                     J
MARYLAND HTS MO
                    63043

PHH MORTGAGE CORP
2001 BISHOPS GATE BLVD
MAIL STOP SBRP                    JS
MOUNT LAUREL NJ                   08054                    JS -159